DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
TORY E. GRIFFIN   (Bar No. 186181)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile:  (916) 444-2100

Attorneys for Plaintiff
Brian K. Jones, individually and dba Knead Therapy Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Brian K. Jones, individually and dba Knead Therapy Associates, | Case No.  1: 04 CV 5614 AWI DLB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER MODIFYING SCHEDULING ORDER TO EXTEND EXPERT DISCOVERY CUTOFF DATE** |
| v. | |
| City of Modesto; Ed Steele; and Roy Wasden, | |
| Defendants. | |

## STIPULATION

The parties recently submitted, and the Court signed, a stipulation and order allowing plaintiff Brian K. Jones ("plaintiff") to file a first amended complaint against defendants the City of Modesto, Ed Steele and Roy Wasden ("defendants").  The stipulation and order also continued several pretrial dates, as well as the trial date, all for a period of four to six months.  In the course of preparing such stipulation, the parties inadvertently failed to include a stipulation extending the cutoff date for expert discovery.

Accordingly, for good cause shown as presented in the parties' stipulation submitted on May 18, 2005, the parties hereby stipulate to extend the cutoff date for expert discovery until October 14, 2005.

679795.1                                              -1-

STIPULATION AND ORDER TO EXTEND EXPERT DISCOVERY CUTOFF

DATED:  May 24, 2005				DOWNEY BRAND LLP


						By:	/s/ Tory E. Griffin
							TORY E. GRIFFIN
							Attorney for Plaintiff

DATED:  May 24, 2005				CRABTREE, SCHMIDT, ZEFF & JACOBS


						By:	/s/ Thomas D. Zeff (authorized on 5/24/05)
							THOMAS D. ZEFF
							Attorney for Defendants

## **ORDER**

Based on the parties' stipulation set forth above, and for good cause shown, IT IS HEREBY ORDERED that:

    1.    The October 8, 2004 Scheduling Order, as amended by Stipulation and Order filed April 11, 2005, and as further amended by Stipulation and Order filed May 19, 2005, is further amended as follows:

        a.    All expert discovery shall be completed on or before October 14, 2005.


DATED:  May 25, 2005				         /s/ Dennis L. Beck
						UNITED STATES MAGISTRATE JUDGE

679795.1

2