IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. JONES, individually and dba Knead Therapy Associates,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF MODEST; ED STEELE; and ROY WASDEN,<br><br>    Defendants. | CV F 04-5614 AWI DLB<br><br>ORDER VACATING OCTOBER 31, 2005 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

  Defendants' motion for summary judgment has been set for hearing in this case on October 31, 2005. The court has reviewed the moving papers and opposition and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 31, 2005, is VACATED, and the parties shall not appear at that time. As of October 31, 2005, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  October 27, 2005      /s/ Anthony W. Ishii
0m8i78             UNITED STATES DISTRICT JUDGE