DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
TORY E. GRIFFIN   (Bar No. 186181)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile:  (916) 444-2100

Attorneys for Plaintiff
Brian K. Jones, individually and dba Knead Therapy Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian K. Jones, individually and dba Knead Therapy Associates,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Modesto; Ed Steele; and Roy Wasden,<br><br>　　　　Defendants. | Case No.  CIV-F-04-5614<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE**<br><br>Current Pretrial Date:  December 16, 2005<br>Proposed Pretrial Date:  January 13, 2006<br>Trial Date:  April 11, 2006 |

**STIPULATION**

The Pretrial Conference in this action is currently scheduled for December 16, 2005, at 8:30 a.m.  Trial is scheduled for April 11, 2006.  On October 28, 2005, the Court took Defendants' Motion for Summary Judgment, calendared to be heard on October 31, 2005, under submission.

To allow the Court additional time to rule on the Motion for Summary Judgment prior to the Pretrial Conference, and to allow the parties to present a meaningful joint pretrial statement, the parties hereby stipulate to continue the pretrial conference until January 13, 2006, at 8:30 a.m.

/ / /

/ / /

/ / /

DATED:  December 1, 2005        DOWNEY BRAND LLP


By:    /s/ Tory E. Griffin
       TORY E. GRIFFIN
       Attorney for Plaintiff

DATED:  December 1, 2005        CRABTREE, SCHMIDT, ZEFF & JACOBS


By:    /s/ Thomas D. Zeff (authorized on 12/1/05)
       THOMAS D. ZEFF
       Attorney for Defendants

## **ORDER**

Based on the parties' stipulation set forth above, and for good cause shown, IT IS HEREBY ORDERED that:

1.   The Pretrial Conference set for December 16, 2005, is vacated.  The Pretrial Conference will be held on January 13, 2006, at 8:30 a.m.


IT IS SO ORDERED.


**Dated:   December 2, 2005**          **/s/ Anthony W. Ishii**
0m8i78                          UNITED STATES DISTRICT JUDGE