DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
TORY E. GRIFFIN   (Bar No. 186181)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone: (916) 444-1000
Facsimile:  (916) 444-2100

Attorneys for Plaintiff
Brian K. Jones, individually and dba Knead Therapy
Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian K. Jones, individually and dba Knead Therapy Associates,<br><br>        Plaintiff,<br><br>v.<br><br>City of Modesto; Ed Steele; and Roy Wasden,<br><br>        Defendants. | Case No.  CIV-F-04-5614<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE**<br><br>Current Pretrial Date:  December 16, 2005<br>Proposed Pretrial Date:  January 13, 2006<br>Trial Date:  April 11, 2006 |

## STIPULATION

The Pretrial Conference in this action is currently scheduled for January 13, 2006, at 8:30 a.m.  Trial is scheduled for April 11, 2006.  The parties hereby stipulate to continue the pretrial conference until February 9, 2006, at 8:30 a.m.

DATED:  January 4, 2006          DOWNEY BRAND LLP


By:     /s/ Tory E. Griffin
          TORY E. GRIFFIN
          Attorney for Plaintiff

DATED:  January 4, 2006          CRABTREE, SCHMIDT, ZEFF & JACOBS

1

2
                        By:     /s/ Thomas D. Zeff (authorized on 1/4/06)

3
                                  THOMAS D. ZEFF
                            Attorney for Defendants

4

5

6
## ORDER

7
     Based on the parties' stipulation set forth above, and for good cause shown, IT IS

8
HEREBY ORDERED that:

9
     1.     The Pretrial Conference set for January 13, 2006, is vacated.  The Pretrial

10
Conference will be held on February 9, 2006, at 8:30 a.m.

11
IT IS SO ORDERED.

12
**Dated:   January 9, 2006**               **/s/ Anthony W. Ishii**

13
0m8i78                          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                            2