DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
TORY E. GRIFFIN (Bar No. 186181)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Plaintiff
Brian K. Jones, individually and dba Knead Therapy Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian K. Jones, individually and dba Knead Therapy Associates,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Modesto; Ed Steele; and Roy Wasden,<br><br>　　　　Defendants. | Case No.  CIV-F-04-5614<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE**<br><br>Current Pretrial Date:  February 9, 2006<br>Proposed Pretrial Date:  March 9, 2006<br>Trial Date:  April 11, 2006 |

## STIPULATION

The Pretrial Conference in this action is currently scheduled for February 9, 2006, at 8:30 a.m. Trial is scheduled for April 11, 2006. The parties hereby stipulate to continue the pretrial conference until March 9, 2006, at 8:30 a.m.

DATED: January 26, 2006         DOWNEY BRAND LLP


By:    /s/ Tory E. Griffin
　　　　　TORY E. GRIFFIN
　　　　　Attorney for Plaintiff

DATED: January 26, 2006         CRABTREE, SCHMIDT, ZEFF & JACOBS


By:    /s/ Thomas D. Zeff (authorized on 1/26/06)

THOMAS D. ZEFF<br>Attorney for Defendants

## **ORDER**

Based on the parties' stipulation set forth above, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Pretrial Conference set for February 9, 2006, is vacated. The Pretrial Conference will be held on March 9, 2006, at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   January 27, 2006**          /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE

2