DOWNEY BRAND LLP
KEVIN M. SEIBERT (Bar No. 119356)
TORY E. GRIFFIN (Bar No. 186181)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

Attorneys for Plaintiff
Brian K. Jones, individually and dba Knead Therapy Associates

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Brian K. Jones, individually and dba Knead Therapy Associates, | Case No. CIV-F-04-5614 |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| City of Modesto; Ed Steele; and Roy Wasden, | Trial Date: April 11, 2006 |
| Defendants. | |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear their own fees and costs.

DATED: March 28, 2006         DOWNEY BRAND LLP

                              By:___/s/ Tory E. Griffin_____
                                     TORY E. GRIFFIN
                                     Attorney for Plaintiff

741621.1

-1-

DATED: March 28, 2006   CRABTREE, SCHMIDT, ZEFF & JACOBS

By: /s/ Thomas D. Zeff (authorized on 3/28/06)
THOMAS D. ZEFF
Attorney for Defendants

It is so Ordered. Dated: 3-29-06

_____
United States District Judge